IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Dudley, Tina Marie | Case Number:  03 B 48872 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/9/07 | Filed:  12/3/03 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: July 27, 2007
Confirmed: January 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 42,711.00 | |
| Secured: | | 12,388.28 |
| Unsecured: | | 26,056.81 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 2,265.49 |
| Other Funds: | | 0.42 |
| Totals: | 42,711.00 | 42,711.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,000.00 | 2,000.00 |
| 2. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 11,628.67 | 11,628.67 |
| 5. | National City Mortgage Co | Secured | 759.61 | 759.61 |
| 6. | Chicago Patrolmen's Fed Credit Union | Unsecured | 2,955.40 | 2,955.40 |
| 7. | Monterey Financial Services | Unsecured | 336.59 | 336.59 |
| 8. | RoundUp Funding LLC | Unsecured | 957.59 | 957.59 |
| 9. | Gordon Hughes PC | Unsecured | 2,578.39 | 2,578.39 |
| 10. | Americredit Financial Ser Inc | Unsecured | 4,928.98 | 4,928.98 |
| 11. | Charming Shoppes-Fashion Bug | Unsecured | 531.59 | 531.59 |
| 12. | Timothy K Liou | Unsecured | 3,300.00 | 3,300.00 |
| 13. | Aspire | Unsecured | 459.07 | 459.07 |
| 14. | Max Recovery Inc | Unsecured | 146.25 | 146.25 |
| 15. | ECast Settlement Corp | Unsecured | 774.37 | 774.37 |
| 16. | SBC | Unsecured | 2,727.51 | 2,727.51 |
| 17. | Educational Credit Management Corp | Unsecured | 6,361.07 | 6,361.07 |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | Consumer Portfolio Services | Unsecured | | No Claim Filed |
| 20. | Household Bank FSB | Unsecured | | No Claim Filed |
| 21. | Retailers National Bank | Unsecured | | No Claim Filed |
| 22. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 23. | Alarm Detection System of Illi | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 40,445.09 | $ 40,445.09 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dudley, Tina Marie

Printed: 10/9/07

Case Number: 03 B 48872
Judge: Hollis, Pamela S
Filed: 12/3/03

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 385.28 |
| 4% | 135.00 |
| 6.5% | 572.35 |
| 3% | 101.65 |
| 5.5% | 560.79 |
| 5% | 168.06 |
| 4.8% | 216.00 |
| 5.4% | 126.36 |
|  | _____ |
|  | $ 2,265.49 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____